UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.B., individually and on behalf of R.S., a minor, et al.,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>                              Defendant. | 23-CV-9768 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court understands that Defendant withdrew its request for leave to file a consolidation motion in *R.C., et al. v. N.Y.C. Dep't of Educ.*, 23-CV-9727 (JPC). Accordingly, the instant case is no longer stayed. The parties are directed to submit a joint letter, as outlined in ECF No. 7, by **March 12, 2024**.

Dated: March 5, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge